OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



STATE OF TEXAS
PENALTY FOR
PRIVATE USE

POSTAGE >> PITNEY BOWES

ZIP 78701 **$ 000.26³**
02 1W
0001401603 SEP 07 2016

**9/7/2016**
**BROWN, RONNIE JOE   Tr. Ct.No. C-372-010788-1447127-A   WR-11,857-09**
This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk



RONNIE JOE BROWN
T - TDC # 321096